**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY JANE BRENCE, an individual, relator for the United States of America; DAVID MYUNG, an individual, relator for the United States of America, and LUCKY NGUYEN, an individual, relator for the United States of America;<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>PARSONS GOVERNMENT SERVICES, INC., a corporation; JUDY GONCE; JEREMY BURTON; JOHN AUDIA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 21-05177 KK(Ex)<br><br>*Assigned to the Hon. Kenly Kiya Kato*<br><br>**ORDER GRANTING THE PARTIES' STIPULATION REGARDING DEADLINE TO CHALLENGE CONFIDENTIALITY DESIGNATIONS PER THE PARTIES' STIPULATED PROTECTIVE ORDER (Dkt. 151)** |

1

ORDER MODIFYING STIPULATED PROTECTIVE ORDER

Having reviewed the stipulation of the parties, **IT IS SO ORDERED:** the stipulated Protective Order (Dkt. No. 151) shall be modified as follows:

1. Relators shall have a deadline of October 16, 2025 to challenge any confidentiality designation set forth in Parsons's document production of January 3, 2025;

2. Parsons shall have a deadline of October 16, 2025 to challenge any confidentiality designation set forth in Relators' document production of February 21, 2025.

**IT IS SO ORDERED.**

**Dated:**   6/25/2025

United States District Court

Hon. Magistrate Judge Charles Eick